UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-2105

JOSE ARCENIO ARISTY-ROSA,
Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. A043-907-039)

Present: SHWARTZ, PORTER and MATEY, Circuit Judges

　　1.　Respondent's Motion to Publish Court's March 16, 2021 Opinion

Respectfully,
Clerk/CJG

_____ORDER_____
The foregoing Respondent's motion to publish Court's March 16, 2021 Opinion is granted.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: April 12, 2021
CJG/cc:　　Craig A. Newell, Jr., Esq.
　　　　　　David Kaplan, Esq.